IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

vs.                                                                                                                    4:03-CR-20-SPM

**MICHAEL WALLACE,**

    **Defendant.**
_____/

**ORDER DIRECTING GOVERNMENT TO FILE WRITTEN RESPONSE
TO DEFENDANT'S MOTION TO CONSIDER RELIEF UNDER RULE 35(b)**

**THIS CAUSE** comes before the Court upon the "Complaint for Breach of Contract" (doc. 61) filed by Defendant July 21, 2006, in which Defendant alleges that the Government promised it would file a motion for reduction of sentence pursuant to Federal Rule of Criminal Procedure 35(b).  Defendant outlines the assistance he provided and alleges that the Government has failed to keep its end of the bargain.

It appears from the record that Defendant has been requesting relief for some time now.  In March of 2006, Defendant requested the Court's assistance in obtaining Rule 35 relief (doc. 59 at 2).  The Court responded, explaining that while the decision to file a Rule 35 lay solely within the Government's discretion,

it would forward Defendant's correspondence for appropriate action (doc. 59 at 4). On March 27, 2006, the Court sent Defendant's letter to Assistant United States Attorney Michael Simpson and defense attorney James Banks, asking them to review and take action as necessary (doc. 59 at 5).

Apparently no action was ever taken, prompting Defendant to file the instant motion to compel. Having examined the motion, the Court finds that a response is warranted by the Government. Thus, it is

**ORDERED AND ADJUDGED** as follows:

1. The Government is directed to file a written response to the motion on or before *August 4, 2006* and discuss whether Defendant is entitled to relief.

2. Alternatively, the Government may file a motion pursuant to Rule 35 on or before *August 4, 2006*.

3. Defendant shall file a reply to the response on or before *August 11, 2006.*

**DONE AND ORDERED** this twenty-fourth day of July, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge