IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.                                                                                           4:03-CR-20-SPM

**MICHAEL WALLACE,**

    Defendant.

_____/

**ORDER REDUCING SENTENCE PURSUANT TO RULE 35**

**THIS CAUSE** comes before the Court upon the "Motion Concerning Substantial Assistance" (doc. 65) filed by the Government on August 25, 2006, which advises that, after sentencing, Defendant provided assistance in the investigation of a 1992 homicide in Boynton Beach and testified at the trial of his co-defendant, Richard Hall.  The Government notes that Defendant was the "least credible of the eight cooperating defendants called as witnesses in the trial" and is of the opinion that Defendant fabricated his alleged drug problem in order to qualify for certain prison programs and incentive good time.  *See* doc. 65 at 2.

Overall, the Government rates Defendant's assistance as marginal at best.  Based upon this assessment, the Court finds that a limited reduction in Defendant's sentence is appropriate.  Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendant's sentence of confinement is reduced in Count I from 120 months to **90 months** imprisonment.

2. No reduction in the term of supervised release is awarded.

3. In all other respects, the original sentence imposed in the Judgment and Commitment Order filed April 7, 2006 (doc. 56) shall remain unchanged.

**DONE AND ORDERED** this <u>eighteenth</u> day of January, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge