IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

vs.                                           4:03-CR-20-SPM

MICHAEL WALLACE,

    Defendant.
_____/

## ORDER DENYING MOTION TO REDUCE UNDER 18 U.S.C. § 3582

This cause comes before the Court on Defendant's Motion to Appoint Counsel (doc. 70) and Motion to Reduce Sentence (doc. 69) pursuant to the retroactive crack cocaine amendment (Amendments 706 and 711) and 18 U.S.C. § 3582(c).

An application of the amendment results in no change to Defendant's guideline range because of the career offender enhancement, which sets Defendant's offense level at 37. With a 3-point reduction for acceptance of responsibility, Defendant's total offense level remains at level 34, and his guideline range remains 262-327 months as originally calculated.

Accordingly, it is ORDERED AND ADJUDGED as follows:

1.     Defendant's Motion to Reduce Sentence (doc. 69) is *denied*.

2.     Defendant's Motion to Appoint Counsel (doc. 70) is *denied*.

DONE AND ORDERED this <u>first</u> day of May, 2008.

                                              *s/ Stephan P. Mickle*
                                              Stephan P. Mickle
                                              United States District Judge