UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 4:03cr20-SPM

MICHAEL OMEGA WALLACE

_____/

## O R D E R

This cause comes before the court on defendant's Motion Requesting Court Grant Credit for Time Spent on Ankle Bracelet and/or Grant a Reduction in Sentence Pursuant to 28 U.S.C. § 3582(c)(2). (Doc. 90). The government filed a response in opposition to the motion. (Doc. 91).

Defendant was originally sentenced to 120 months in prison and eight years of supervised release for possession with intent to distribute more than five grams of cocaine based in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(iii) and 841(b)(1)(C). Defendant was released from prison on May 24, 2010. Defendant violated his supervised release by failing to refrain from violating the law and by associating with persons engaged in criminal activity. Consequently, defendant was sentenced to 24 months of imprisonment and three years of supervised release for violating his supervised release. This sentence was in the middle of the recommended guideline range. Now, defendant wishes to be credited for his time spent prior to his revocation hearing under a curfew while wearing an electronic ankle bracelet.

In this context, "time spent" refers to official detention by the Bureau of Prison. Therefore, this kind of relief is only available to defendants who were detained in a penal or correctional facility under the control of the Bureau of Prison. *Steeples v. Augustine*, Case No. 4:07cv384-MCP-WCS, 2008 WL 660335, at *2 (N.D. Fla. March 7, 2008)(citing *Reno v. Koray*, 515 U.S. 50, 58 (1995)). Here defendant was released on bail as he awaited his revocation hearing. Defendant's condition was distinctly different from an

individual subject to the control and custody of the Bureau of Prison.  *Id*.  Therefore, defendant is not entitled to the relief requested.  Accordingly, defendant's motion (doc. 90) is DENIED.

**DONE and ORDERED** this 25th day of March, 2013.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**